JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 26-0667 JGB (SPx)** | Date | June 3, 2026 |
|---|---|---|---|
| Title | *Jay Patel, et al. v. City of Ontario, et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    Order (1) DISMISSING Plaintiffs' Case for Lack of Prosecution and Failure to Comply with Court Orders (IN CHAMBERS)**

On May 21, 2026, the Court issued an order to show cause for lack of prosecution. ("OSC," Dkt. No. 8.)  In the OSC, the Court ordered Plaintiffs to file proof of service on or before June 1, 2026, as they had exceeded the Federal Rules of Civil Procedure's 90-day requirement for service.  See Fed. R. Civ. Proc. 4(m).  The Court's OSC warned Plaintiffs that failure to respond or file proof of service may result in dismissal of this action.  (OSC)

Federal Rule of Civil Procedure 41(b) grants the Court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders.  See Fed. R. Civ. P. 41(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016).  Plaintiffs must prosecute their cases with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b).  Anderson v. Air W., Inc., 542 F.2d 522, 524 (9th Cir. 1976).  Plaintiffs have failed to respond to the Court's OSC or to take any action as directed in that OSC.  The Court therefore finds that Plaintiffs have failed to prosecute this case with reasonable diligence and to comply with the Court's orders, and that dismissal is appropriate.

Accordingly, the Court **DISMISSES** Plaintiffs' action for lack of prosecution and failure to comply with Court orders, and **DIRECTS** the Clerk to close the case.

**IT IS SO ORDERED.**

| Page 1 of 1 | CIVIL MINUTES—GENERAL | Initials of Deputy Clerk mg |
|---|---|---|